Case: 1:06-cv-04884 Document #: 22 Filed: 09/08/06 Page 1 of 1 PageID #:16

**FILED**

J.N SEP X 8 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

August 4, 2006

Clerk of the Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

06cv4884
JUDGE NORDBERG
MAG. JUDGE NOLAN

Re: 05-2288, McCready vs Linebarger Goggan Blair & Sampson LLP et al.

Dear Clerk:

On **August 4, 2006**, an order by the Honorable **Harold A. Baker**, US District Judge, was entered transferring the above-mentioned case from this District Court to the US District Court, **NORTHERN DIVISION OF ILLINOIS**.

Very truly yours,
JOHN M. WATERS, CLERK

By s/S. Johnson
Deputy Clerk

RECEIPTED ACKNOWLEDGED ON: 9/8/06

BY *Cynthia [signature]*