IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH A. MCCREADY,<br>    Plaintiff,<br><br>vs.<br><br>LINEBARGER GOGGAN BLAIR<br>& SAMPSON, LLP, a Texas Limited Liability<br>Partnership, and the CITY OF CHICAGO,<br>ILLINOIS, an Illinois Municipal Corporation,<br>    Defendants. | No. 06 CV 04884<br><br>Judge John A. Nordberg |

## STIPULATION TO DISMISS WITH PREJUDICE

NOW COME the Parties, by and through their respective counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice and without costs. In that no class has been certified, this dismissal does not affect the claims of the putative class.

Respectfully submitted,

**Plaintiff**

**KENNETH A. McCREADY**

s/Daniel A. Edelman
Daniel A. Edelman
Rapali Shah
Edelman, Combs, Latturner &
Goodwin, LLC
120 S. LaSalle St., 18th Fl
Chicago, IL 60603
312-739-4200

**Defendants**

**LINEBARGER, GOGGAN, BLAIR &
SAMPSON, LLP**

s/Bart T. Murphy
Bart T. Murphy #6181178
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

**CITY OF CHICAGO**

s/Weston W. Hanscom
Weston W. Hanscom
Chief Assistant Corporation Counsel
City of Chicago – Dept. of Law
30 N. LaSalle St., Ste. 900
Chicago, IL 60602-2580
312-744-6798